UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF WISCONSIN

**MICHAEL LEE HUNTER**
        plaintiff,

v.  Case No. 18-cv-1500

MICHAEL MEISNER, ET;AL.

## MOTION FOR APPOINTMENT OF COUNSEL

**Michael Lee Hunter, acting Pro-Se in this action, respectfully asks this court for appointment of counsel to represent plaintiff in these matters.**

1. Mr. Hunter request this court for appointment of counsel due to the fact that Mr. Hunter has suffered a great deal of injuries to his head which resulted from a beaten his cell-mate cause.

2. Due to the injuries Mr. Hunter has sustained from this beaten, Mr. Hunter has lose most of his Motor Skills, Mr. Hunter has Attention Deficiency, Memory Lose, Corea Injury, which is more likely then not that he'll be blind in his right eye **(see exhibits**

3. Mr. Hunter is indigent, and have no funds to hire any Attorney, and lacks all legal skills to forulate any type of defense on his onw

4. The merits of the case, if the plaintiff's allegations are turn, would clearly establish a constitutional violation. The unprovoked and injuries alleged in the complaint clearly states an Eighth Amendment violation

For the foregoing reasons, the plaintiff asks this court to grant the plaintiff's motion and appoint counsel in this case.

November 16, 2018

*[signature: M L Hunter]*

Michael Lee Hunter
Pro-Se

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 NOV 19 P 12:06
STEPHEN C. DRIES
CLERK