

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 FEB -5 P 2: 10

STEPHEN C. DRIES
CLERK

Michael Lee Hunter
    Plaintiff,

v

Case No. 18-CV-1500

Michael Meisner, Kelly Muski, Sgt. Walker, C/O Muihalski, Sgt. Wilcox, Capt. Wesner,

### LETTER OF INTENT STATUS OF COMPLAINT

Plaintiff Michael Lee Hunter #648464 submitted his 42 U.S.C. §1983 Civil Complaint on September 24, 2018; However, to this date he has not heard or received any type of notice as to what he should be doing; Could you please inform Mr. Hunter what is happening with his Complaint?

Respectfully Submitted,

Michael Lee Hunter Pro-se



Michael Lee Hunter #646464
Redgranite Correctional Institution
Box 925
Redgranite, Wisconsin 54970-0925

MILWAUKEE WI 530
04 FEB 2019 PM 7 FOREVER

FEB 05 2019
U.S. MARSHAL
MILWAUKEE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK
362 U.S. COURTHOUSE
517 E. WISCONSIN AVE.
MILWAUKEE, WISCONSIN 53202

53202-450099