

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 JUN 28 P 3:16

STEPHEN C. DRIES
CLERK

Michael Lee Hunter,
    Plaintiff;

V                                           Case No. 18-CV-1500

Michael Meisner, Kelly Muski,
Sgt. Walker, C/O Muihalski,
Sgt. Wilcox, and Capt. Wesner
    Defendants;

## LETTER OF INTENT STATUS OF COMPLAINT

Plaintiff Michael Lee Hunter #648464 submitted his 42 U.S.C. §1983 Civil rights Complaint on September 24, 2018; However to this date he has not heard or received any type of notice as to what he should be doing; Could you please tell him something as to where and what has become of his compliant.

Your help in this matter would be greatly appreciated, thank you...

                                           Respectfully Submitted,

                                           Michael Lee Hunter #648464
                                           Redgranite, Corr. Instit.
                                           Box 925
                                           Redgranite, Wisconsin 54970-0925