

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 JUL 31 P 12: 52

STEPHEN C. DRIES
CLERK

MICHAEL LEE HUNTER,
       Plaintiff,

v.

Case No. 18-cv-15000

MICHAEL MEISNER, ET AL;

## NOTICE OF INTENT FOR A STATUS REPORT

Michael Lee Hunter, is once again asking for a Status Report regarding his Civil Complaint.

Michael Lee Hunter has on two separate occasions has asked this Court for such report, but for some reason Michael Lee Hunter has not received any response to either quests.

Would it be possible to have this Court inform Michael Lee Hunter that his legal documents are arriving to this Court House.

Your help in this matter would be very much appreciated, thank you...

Respectfull,

Michael Lee Hunter #648464

cc:file