UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MICHAEL L. HUNTER,

                Plaintiff,

v.                                     Case No. 18-cv-1500-pp

MICHAEL MEISNER, *et al.*,

                Defendants.

---

**ORDER REQUESTING REPRESENTATION FOR THE LIMITED PURPOSE OF LOCATING VIDEOTAPE EVIDENCE**

---

At the court's request, Attorney Nathaniel Cade of Cade Law Group, P.O. Box 170887, Milwaukee, Wisconsin, 53217, (414) 255-3802, has agreed to represent the plaintiff *pro bono* for the limited purpose of determining whether there is videotape evidence of an assault that occurred at Redgranite Correctional Institution on or around December 6, 2017. Attorney Cade is not obligated to file pleadings, conduct discovery, prepare or respond to any motions or participate in the trial of this case. Attorney Cade's representation will end once he determines whether the videotape exists.

The court hereby **REQUESTS** that Attorney Nathaniel Case represent the plaintiff *pro bono* in this action for the limited purpose of determining whether there is videotape evidence of an assault that occurred at Redgranite Correctional Institution on or around December 6, 2017.

The court **ORDERS** that on or before **January 31, 2020,** the plaintiff shall either sign and return the enclosed document expressing his agreement

1

to limited representation or inform the court in writing that he wishes to proceed without the assistance of counsel. The court will mail a copy of this order to Attorney Cade.

Dated at Milwaukee this 17th day of January, 2020.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MICHAEL L. HUNTER,

                        Plaintiff,

v.                                              Case No. 18-cv-1500-pp

MICHAEL MEISNER, *et al.*,

                        Defendants.

---

## AGREEMENT TO LIMITED REPRESENTATION
---

      I, Michael L. Hunter, agree to have Attorney Nathaniel Cade represent me *pro bono* in this case solely for the purpose of determining whether there is videotape evidence of an assault that occurred at Redgranite Correctional Institution on or around December 6, 2017. Attorney Cade is not obligated to file pleadings, conduct discovery, prepare or respond to any motion, or participate in the trial of this case. Attorney Cade's *pro bono* representation of me will end once he determines whether the videotape exists.

      I acknowledge that I have read, understand, and agree to the terms of this limited representation by Attorney Cade.

Date: _____                            _____

                                                                                  Michael L. Hunter (signature)