UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL HUNTER,

    Plaintiff,

v.

MICHAEL MEISNER, et al.,

    Defendants.

Case No.: 18-C-1500

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Nathaniel Cade, Jr., appears as counsel for Plaintiff Michael Hunter. Please send all papers, pleadings and other documents served subsequent to this date, including all ECF filings, to the undersigned attorney.

Dated this 7th day of March, 2020.

**CADE LAW GROUP LLC**

By: s/Nathaniel Cade, Jr.
    Nathaniel Cade, Jr.
    P.O. Box 170887
    Milwaukee, WI 53217
    (414) 255-3802 (phone)
    (414) 255-3804 (fax)
    nate@cade-law.com

Attorneys for Plaintiff